

ORDERED in the Southern District of Florida on July 30, 2025.

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          Case No.   23-13641BKC-LMI

Michael Zelman,                                        Chapter  7

       Debtor.
_____/

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

    **THIS CAUSE** came before the Court on the Debtor's Motion for Extension of Time for Filing Documents (ECF #241) (the "Motion").[1] The Court having considered the Motion and based on the record, it is

    **ORDERED** as follows:

1. The Motion is **GRANTED** and the Debtor shall file all outstanding documents no later than **August 15, 2025**.

---

[1] The Court determined that a hearing on the Motion was not necessary.

2. The Debtor may file the documents with the Clerk's office by mail. However, if mailed, the documents must be sent in time to be received at the Court by the August 15 deadline.

# # #

Copies furnished to:
Michael Zelman, *Pro Se* Debtor

*The Clerk of Court shall serve a conformed copy of this order upon all parties in interest.*