UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    CASE NO.: 23-13641-BKC-LMI
                                                          Chapter 7
**MICHAEL ZELMAN**

_____Debtor._____/

### TRUSTEE'S AMENDED[1] MOTION TO ENLARGE TIME TO FILE A COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE

Ross R. Hartog, as Chapter 7 Trustee (the "Trustee"), through counsel, files this Amended Motion to Enlarge Time to File a Complaint Objecting to the Debtor's Discharge (the "Motion") pursuant to Fed. R. Bankr. P. 4004(b)(1) and 9006(a)(1)(C), and in support thereof, states as follows:

1.      This case commenced as a Chapter 11, Subchapter V proceeding on May 9, 2023.

2.      On May 12, 2025, the Court entered its *Order Granting Motion to Convert Case to Chapter 7* [ECF No. 205]. Shortly thereafter, the Trustee was appointed as Chapter 7 trustee of the Debtor's bankruptcy estate (the "Estate").

3.      On June 13, 2025, and before conclusion of the § 341 meeting of creditors, the Court entered an *Order Dismissing Case* [ECF No. 223] after the Debtor failed to timely file Official Form 122A-1 (Chapter 7 Statement of Your Current Monthly Income) or Official Form 122A-1Supp (Chapter 7 Means Test Exemption Attachment.

4.      The case was then reinstated on July 16, 2025, by entry of an *Order Reinstating Chapter 7 Case* [ECF No. 231], and the § 341 meeting of creditors was set for September 2, 2025, but continued to and concluded on October 3, 2025.

---

[1] The original motion mistakenly requested an extension through February 1, 2026, a Sunday. This amended motion corrects that error to reflect the intended deadline of February 3, 2026.

5.      Accordingly, pursuant to Fed. R. Bankr. P. 4004(a) and Fed. R. Bankr. P. 9006(a)(1)(C), the deadline for the Trustee and the Office of the United States Trustee (the "UST") to file a complaint objecting to the Debtor's discharge is November 3, 2025.

6.      The Trustee, through counsel, is investigating the Debtor's assets and financial affairs and requires additional time to obtain and review documents and information from the Debtor and other sources to determine whether a basis exists to file a complaint objecting to the Debtor's discharge. The Trustee has also contemporaneously filed an *Objection to Debtor's Claimed Exemptions* [ECF No. 251], which raises domicile and petition-date issues that may require discovery if set for evidentiary hearing.

7.      Accordingly, in order to provide the Trustee with sufficient time to obtain and review the requisite documents and ensure the Debtor's continued cooperation, the Trustee, through counsel, respectfully requests that he and the UST have through and including February 3, 2026, to file a complaint objecting to the Debtor's discharge.

8.      Additionally, on October 31, 2025, Andrew Comiter, as Personal Representative of the Estate of Betty Zelman, and creditor Andrew Zelman (together, the "Creditors") filed a *Motion to Extend Deadline to File a Complaint to Determine the Dischargeability of Debt Under § 523 of the Bankruptcy Code* [ECF No. 248]. In that motion, the Creditors disclosed ongoing settlement discussions with the Trustee regarding a potential global resolution of their claims, the outcome of which could materially affect this case. Extending the Trustee's deadline through February 3, 2026, the same date requested by the Creditors, will maintain consistency of deadlines among all parties, allow those discussions to continue without prejudice, and promote judicial efficiency.

9.      This request is made on behalf of the Trustee and the UST, and is not intended as a request for enlargement for any creditor.

2

10.     Fed.R.Bankr.P. 9006(b) provides that the Court may, for cause shown, enter an Order enlarging time, with or without motion or notice, if the request is made before the expiration of the period originally prescribed or as extended.

**WHEREFORE**, Ross R. Hartog, as Chapter 7 Trustee, respectfully requests this Honorable Court enter an Order: (1) granting the instant Motion; (2) enlarging the time for the Trustee and the UST to file a complaint objecting to the Debtor's discharge through, and including, February 3, 2026; and (3) granting such other and further relief as this Court deems just and proper.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 5, 2025, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, via email to the Debtor at michaelzelman@mail.com, and via U.S Mail to the Debtor at 231 Chickasaw Court, Red Feather Lakes, CO 80545.

Respectfully submitted,

/s/ Joshua D. Silver
Joshua D. Silver
Fla. Bar No. 100022
Markowitz, Ringel, Trusty & Hartog, P.A.
Attorneys for Trustee
101 NE 3rd Avenue, Suite 1210
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-0030
jsilver@mrthlaw.com