

**ORDERED in the Southern District of Florida on July 16, 2026.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**MICHAEL ZELMAN**                                        CASE NO.: 23-13641-PDR

          Debtor.     /                                        Chapter 7

**ORDER GRANTING IN PART TRUSTEE'S MOTION TO
COMPEL PRODUCTION OF DOCUMENTS REQUESTED
IN CONNECTION WITH RULE 7030 EXAMINATION**

**THIS CAUSE** came before the Court on July 8, 2026, at 10:30 a.m., upon the *Trustee's*

*Motion to Compel Production of Documents Requested in Connection with Rule 7030 Examination*

(Dkt. No. 307) (the "Motion"). The Court, having reviewed the Motion, having heard the

representations and arguments of the Trustee's counsel and the Debtor at the hearing, and for the

reasons set forth on the record, which are incorporated herein by reference, it is

**ORDERED** as follows:

1.      The Motion is GRANTED IN PART as set forth herein.

1

2.      On or before July 20, 2026, the Debtor shall produce to the Trustee all documents responsive to Request No. 1 of Schedule "A" to the Trustee's Re-Notice of Taking Rule 7030 Examination Duces Tecum Via Video Conferencing (Dkt. No. 283), namely, all federal income tax returns for tax years 2020 and 2021 filed by or on behalf of the Debtor, together with all schedules, statements, and attachments thereto.

3.      In light of the Debtor's recent document production and the Debtor's representation that he has produced all other responsive documents within his possession, custody, or control, the Court orders no further relief at this time with respect to the remaining document requests that are the subject of the Motion.

4.      The Trustee expressly reserves all rights and remedies in the event it is subsequently determined that the Debtor failed to produce any responsive documents within his possession, custody, or control, and nothing in this Order shall prejudice or limit the Trustee's ability to seek further relief concerning any such nonproduction or to obtain the production of additional documents relevant to the issues raised by the Trustee's Objection to Debtor's Claimed Exemptions (Dkt. No. 251) and the Debtor's Response to the Trustee's Objection to Claimed Exemptions (Dkt. No. 273).

# # #

Submitted By:

Joshua D. Silver
Florida Bar No. 100022
Markowitz, Ringel, Trusty & Hartog, P.A.
Attorneys for Trustee
100 NE 3rd Avenue, Suite 610
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-0030
E mail: jsilver@mrthlaw.com

Copy furnished to:
Joshua D. Silver
Attorney Silver is directed to serve a copy of this Order on all interested parties and file a certificate of service.