UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**MICHAEL ZELMAN**                                          CASE NO. 23-13641-PDR

      Debtor.     /                                          Chapter 7

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 17, 2026, true and correct copies of the (1) *Order Granting Trustee's Motion to Continue Evidentiary Hearing on Trustee's Objection to Exemptions* (Dkt. No. 316), and (2) *Order Granting In Part Trustee's Motion to Compel Production of Documents Requested in Connection with Rule 7030 Examination* (Dkt. No. 317) each entered on July 16, 2026, were served electronically on the following parties:

- **Luis R Casas**    luis.casasmeyer@akerman.com, janet.salinas@akerman.com
- **Dan L Gold**    Dan.L.Gold@usdoj.gov
- **Ross       R       Hartog**                      rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com;rrh@trustesolutions.net;rhartog@ecf.courtdrive.com
- **Linda      Marie      Leali**                      trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com;ecf.alert+LeaLi@titlexi.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John       E       Page**                      jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com;mortman@slp.law
- **Justin D Plean**    justin.plean@qpwblaw.com
- **Raychelle    A    Tasher**                      Raychelle.Tasher@lewisbrisbois.com, bridgett.moore@usdoj.gov;Shannon.Patterson@usdoj.gov

**I FURTHER CERTIFY** that on July 17, 2026, I caused a copy of the above referenced pleading to be served on the *pro se* Debtor via email at michaelzelman@mail.com, and via U.S Mail at 231 Chickasaw Court, Red Feather Lakes, CO 80545.

Respectfully submitted,

/s/ Joshua D. Silver

Joshua D. Silver
Florida Bar No. 100022
Markowitz, Ringel, Trusty & Hartog, P.A.
Attorneys for Chapter 7 Trustee
100 NE Third Avenue, Suite 610
Ft. Lauderdale, FL 33301
Telephone: (954) 767-0030
E-mail: jsilver@mrthlaw.com